# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| S.H., *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, | * Case No.: 1:23-cv-01463-ELH |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for Defendant University of Maryland Baltimore County.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Ann M. Sheridan
_____
ANN M. SHERIDAN (FED. BAR 11137)
Assistant Attorneys General
Higher Education Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Phone: (410) 576-6559
Fax: (410) 576-6437
asheridan@oag.state.md.us

*Attorneys for Defendant*