IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

S.H., *et al.*,
   *Plaintiffs*,

v.

UNIVERSITY OF MARYLAND
BALTIMORE COUNTY,
   *Defendant.*

Civil No.: ELH-23-1463

**ORDER**

In this Title IX case, plaintiffs S.H., K.W., R.B, M.W, A.F, and V.E., former and current members of the swim team at University of Maryland Baltimore County ("UMBC"), filed suit pursuant to 20 U.S.C. §§ 1681 *et seq*. ECF 1 (the "Complaint"). Plaintiffs assert four claims against UMBC based on acts allegedly perpetuated by its former Head Coach of the swim team, Chad Cradock: discrimination (Count I); sexual abuse or harassment (Count II); deliberate indifference to harassment (Count III); and breach of contract (Count IV). *Id*. ¶¶ 115–153.

Defendant filed a "Partial Motion to Dismiss," pursuant to Federal Rule of Civil Procedure 12(b)(1) (ECF 5), supported by a memorandum. ECF 5-1 (collectively, the "Motion"). In the Motion, UMBC argues that Count IV "should be dismissed because it is barred by the State of Maryland's Eleventh Amendment sovereign immunity." *Id*. at 3.

By Order of July 21, 2023, the Court directed plaintiffs to respond to the Motion by August 4, 2023. ECF 7. As of this date, no responsive pleading to the Motion has been filed by plaintiffs. *See* Docket. Therefore, I assume that that they do not oppose the Motion.

Accordingly, I shall grant the Motion and dismiss Count IV of the Complaint. However, by **August 24, 2023**, plaintiffs may move to rescind this Order as improvidently granted.

**SO ORDERED** this 7th day of August 2023, by the United States District Court for the District of Maryland.

                                                                     /s/
                                          Ellen Lipton Hollander
                                          United States District Judge