IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| S.H., *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, | * Case No.: 1:23-cv-01463-ELH |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S CONSENT MOTION TO EXTEND ANSWER DEADLINE**

Defendant University of Maryland Baltimore County ("UMBC"), by its undersigned counsel, requests that the deadline to file its answer to Plaintiffs' complaint be extended until August 29, 2023. As grounds for this motion, UMBC states as follows:

1. Plaintiffs filed the instant complaint on May 31, 2023.

2. On June 23, 2023, UMBC filed a partial motion to dismiss Plaintiffs' breach of contract claim. (ECF 5). On August 8, 2023, the Court entered an order granting UMBC's partial motion to dismiss. (ECF 8). Accordingly, UMBC's answer to Plaintiffs' remaining claims is currently due to be filed by August 22, 2023.

3. As a result of other professional commitments, counsel for UMBC needs a brief extension of time to prepare UMBC's answer. Accordingly, UMBC requests a one-week extension of time, until August 29, 2023, to file its answer.

4. Counsel for Plaintiffs has graciously consented to this request.

WHEREFORE, UMBC respectfully requests that the Court extend the time for UMBC to file its answer until August 29, 2023.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ LILLIAN L. REYNOLDS
ANN M. SHERIDAN (FED. BAR 11137)
LILLIAN L. REYNOLDS (FED. BAR 30225)
Assistant Attorneys General
Higher Education Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Phone: (410) 576-6481
Fax: (410) 576-6437
asheridan@oag.state.md.us
lreynolds@oag.state.md.us

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 21st day of August, 2023, the foregoing was served via the Court's CM/ECF system on all Counsel of Record in this matter.

                /s/ *Lillian L. Reynolds*
                Lillian L. Reynolds