**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| S.H., *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, | *   Case No.: 1:23-cv-01463-ELH |
| | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Defendant University of Maryland Baltimore County's Consent Motion to Extend Answer Deadline, and good cause appearing therefor, it is hereby, this _____ day of August, 2023, **ORDERED**:

That Defendant's Consent Motion is hereby GRANTED; and

Defendant shall have until August 29, 2023, to file its answer.

_____
The Honorable Ellen L. Hollander
United States District Judge