IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | | |
|---|---|---|
| S.H., K.W., R.B., M.W., A.F., and V.E., | * | |
| | * | |
| *Plaintiffs*, | * | |
| *v.* | * | Case No.: 1:23-cv-01463-ELH |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, MARYLAND | * | |
| | * | |
| *Defendant*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E. (collectively, "Plaintiffs"), and Defendant, University of Maryland, Baltimore Couty ("Defendant"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 16, file this Joint Motion to Modify Scheduling Order. In support thereof, the parties state as follows:

1. The original scheduling order was issued on September 19, 2023. The parties have been engaging in discovery, and to date, written discovery has been served by each party.

2. This is the parties' second request to modify the scheduling order.

3. The parties submitted a Joint Motion to Modify Scheduling Order on January 26, 2024, limited to the expert deadlines only. That motion was granted on January 26, 2024.

4. In order to allow additional time to complete proper fact discovery and to permit the parties to participate in an early mediation, the parties jointly request an additional sixty (60) days be added to all scheduling order deadlines. In addition to those reasons asserted in the parties'

January 26, 2024, joint motion, the parties believe that there is good cause to amend or modify the scheduling order again because: the parties require additional time for fact discovery before participating in an early mediation; this matter involves multiple plaintiffs and many potential witnesses which requires significant time for scheduling depositions and coordinating between counsel; and the parties will require additional time for any expert discovery and scheduling of any possible expert depositions.

5.      This modification is not for the purpose of delay and does not arise as a result of neglect on the part of the parties.

6.      It is in the interest of judicial economy that the current scheduling order be modified as to the following dates:

| Event: | Original Deadline: | Proposed Deadline: |
|---|---|---|
| Moving for joinder of additional parties and amendment of pleadings | 02/05/2024 | 04/05/2024 |
| Plaintiffs' Rule 26(a)(2) disclosures | 04/15/2024 | 06/14/2024 |
| Defendant's Rule 26(a)(2) disclosures | 05/13/2024 | 07/12/2024 |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | 05/27/2024 | 07/26/2024 |
| Rule 26(e)(2) supplementation of disclosures and responses | 06/14/2024 | 08/13/2024 |
| Discovery deadline; submission of status report | 07/24/2024 | 09/22/2024 |
| Deadline for responses to requests for admission | 08/05/2024 | 10/04/2024 |

| | | |
|---|---|---|
| Dispositive pretrial motions deadline | 09/09/2024 | 11/08/2024 |

7. No parties will be prejudiced as a result of this modification.

WHEREFORE, Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E., and Defendant, University of Maryland, Baltimore County, respectfully request that this Honorable Court:

A. Grant the instant Motion;

B. Enter an Order modifying the respective deadlines in accordance with the dates proposed herein; and

C. Enter such other and further relief as this Court deems just and proper.

Date: March 4, 2024                                         Respectfully Submitted,

*/s/ Rignal W. Baldwin V*
Rignal W. Baldwin V (AIS # 1212110046)
rbaldwinv@baldwin-legal.com

Baldwin Legal Group, LLC
111 South Calvert Street, Suite 1805
Baltimore, Maryland 21202
T: (410) 385-5695
F: (443) 703-7772

*Counsel for Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E.*

/s/ *Jeffrey P. Bowman*
Jeffrey P. Bowman (AIS # 0712110078)
jbowman@BowmanJarashow.com

/s/ *Lucas Van Deusen*
Lucas Van Deusen (AIS # 2112200002)
lvandeusen@BowmanJarashow.com

BOWMAN JARASHOW LAW LLC
162 West Street
Annapolis, Maryland 21401
P: (410) 267-9545
F: (443) 782-0241

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Lillian L. Reynolds*
LILLIAN L. REYNOLDS (BAR NO. 30225)
lreynolds@oag.state.md.us

ARIEL LICHTERMAN (BAR NO. 20850)
alichterman@oag.state.md.us

Assistant Attorneys General
Higher Education Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Phone: (410) 576-6559
Fax: (410) 576-6437

*Attorneys for Defendant, University of Maryland, Baltimore County*

3

*Counsel for Plaintiffs, S.H., K.W., R.B., M.W.,
A.F., and V.E.*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY, that on or about March 4, 2024, a copy of the foregoing was e-filed and served via e-filing, e-mail, and / or first-class mail, postage prepaid, to all counsel of record in the above-captioned matter.

                                    /s/ *Lucas Van Deusen*
                                    Lucas Van Deusen