**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern District)**

| | |
|---|---|
| S.H., K.W., R.B., M.W., A.F., and V.E., | * |
| | * |
| *Plaintiffs*, | * |
| | |
| *v.* | |
| | *    Case No.: 1:23-cv-01463-ELH |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, MARYLAND | * |
| | * |
| *Defendant.* | |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

UPON CONSIDERATION, of Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E., and Defendant, University of Maryland, Baltimore County's Joint Motion to Modify Scheduling Order, it is this _____ day of _____, 2024, by the United States District Court for the District of Maryland, hereby:

ORDERED, that the Joint Motion to Modify Scheduling Order is GRANTED; and it is further

ORDERED, that the dates for scheduling order deadlines be and hereby are extended and modified as follows:

| Event: | Original Deadline: | Proposed Deadline: |
|---|---|---|
| Moving for joinder of additional parties and amendment of pleadings | 02/05/2024 | 04/05/2024 |
| Plaintiffs' Rule 26(a)(2) disclosures | 04/15/2024 | 06/14/2024 |
| Defendant's Rule 26(a)(2) disclosures | 05/13/2024 | 07/12/2024 |

| | | |
|---|---|---|
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | 05/27/2024 | 07/26/2024 |
| Rule 26(e)(2) supplementation of disclosures and responses | 06/14/2024 | 08/13/2024 |
| Discovery deadline; submission of status report | 07/24/2024 | 09/22/2024 |
| Deadline for responses to requests for admission | 08/05/2024 | 10/04/2024 |
| Dispositive pretrial motions deadline | 09/09/2024 | 11/08/2024 |

_____   _____

Date                          Judge Ellen Lipton Hollander
                              United States District Court for the District of Maryland