# Bowman Jarashow
## LAW LLC

162 WEST STREET,
ANNAPOLIS, MARYLAND 21401
TEL 410-267-9545
FAX 443-782-0241
bowmanjarashow.com

Jeffrey P. Bowman, Esq.

jbowman@BowmanJarashow.com

April 18, 2024

**VIA ECF / E-FILING**
The Honorable Judge Ellen L. Hollander
United States District Court Judge
101 West Lombard Street, Chambers 5B
Baltimore, Maryland 21201

RE:     ***S.H., et al. v. UMBC*** (Case No.: 1:23-cv-01463-ELH)
**Joint Request to Participate in Early Settlement Conference with U.S.
Magistrate Judge**

Dear Judge Hollander,

Plaintiffs, S.H., K.W., R.B., V.E., M.W., A.F. ("Plaintiffs"), and Defendant, University of Maryland, Baltimore County ("Defendant"), jointly request to participate in an early settlement conference or mediation with any United States Magistrate Judge prior to May 28, 2024. The parties are available on the following dates: May 8, 13, and 15.

If you would like counsel to jointly call into chambers to discuss further, please let us know.

Date: April 18, 2024                    Respectfully Submitted,

*/s/ Rignal W. Baldwin V*                ANTHONY G. BROWN
Rignal W. Baldwin V (Bar No. 30136)     Attorney General of Maryland
rbaldwinv@baldwin-legal.com
                                        */s/ Lillian L. Reynolds*
Baldwin Legal Group, LLC                LILLIAN L. REYNOLDS (BAR NO. 30225)
111 South Calvert Street, Suite 1805    lreynolds@oag.state.md.us
Baltimore, Maryland 21202               ARIEL LICHTERMAN (BAR NO. 20850)
T: (410) 385-5695                       alichterman@oag.state.md.us
F: (443) 703-7772
                                        Assistant Attorneys General

BOWMAN JARASHOW LAW LLC
Request for Early Settlement Conference
April 18, 2024
Page 2

*Counsel for Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E.*

/s/ *Jeffrey P. Bowman*
Jeffrey P. Bowman (AIS # 28940)
jbowman@BowmanJarashow.com

/s/ *Lucas Van Deusen*
Lucas Van Deusen (AIS # 30274)
lvandeusen@BowmanJarashow.com

BOWMAN JARASHOW LAW LLC
162 West Street
Annapolis, Maryland 21401
P: (410) 267-9545
F: (443) 782-0241

*Counsel for Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E.*

Higher Education Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Phone: (410) 576-6559
Fax: (410) 576-6437

*Attorneys for Defendant, University of Maryland, Baltimore County*