IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | |
|---|---|
| S.H., K.W., R.B., M.W., A.F., and V.E., | * |
| *Plaintiffs*, | * |
| v. | * Case No.: 1:23-cv-01463-ELH |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, MARYLAND | * |
| *Defendant*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT MOTION TO MODIFY SCHEDULING ORDER**

Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E. (collectively, "Plaintiffs"), and Defendant, University of Maryland, Baltimore Couty ("Defendant"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 16, file this Joint Motion to Modify Scheduling Order. In support thereof, the parties state as follows:

1. The original scheduling order was issued on September 19, 2023. The parties have been engaging in discovery, and to date, written discovery has been served by each party.

2. This is the parties' third request to modify the scheduling order.

3. The parties submitted a Joint Motion to Modify Scheduling Order on January 26, 2024, limited to the expert deadlines only. That motion was granted on January 26, 2024. Thereafter, on June 6, 2024, the parties submitted another Joint Motion to Modify the Scheduling Order, again limited to certain expert deadlines.

4. In order to allow additional time to complete proper fact discovery, the parties jointly request the following extensions to the discovery deadlines in this matter:

| Event: | Original Deadline: | Proposed Deadline: |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) disclosures | 07/29/2024 | 08/31/2024 |
| Defendant's Rule 26(a)(2) disclosures | 8/26/2024 | 09/28/2024 |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | 09/09/2024 | 10/26/2024 |
| Rule 26(e)(2) supplementation of disclosures and responses | 09/15/2024 | 10/13/2024 |
| Discovery deadline; submission of status report | 09/22/2024 | 10/20/2024 |
| Deadline for responses to requests for admission | 10/04/2024 | 11/01/2024 |
| Dispositive pretrial motions deadline | 11/08/2024 | 12/15/2024 |

5. In addition to those reasons asserted in the parties' January 26, 2024, joint motion, the parties believe that there is good cause to amend or modify the scheduling order again because: the parties require additional time for fact discovery; this matter involves multiple plaintiffs and many potential witnesses which requires significant time for scheduling depositions and coordinating between counsel; some of counsel for Plaintiffs will be out of the country and / or state for pre-planned trips; the parties have been diligently attempting to resolve ongoing discovery disputes in this matter; and the parties will require additional time for any expert discovery and scheduling of any possible expert depositions.

6. This modification is not for the purpose of delay and does not arise as a result of neglect on the part of the parties.

7. It is in the interest of judicial economy that the current scheduling order be modified.

8. No parties will be prejudiced as a result of this modification.

WHEREFORE, Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E., and Defendant, University of Maryland, Baltimore County, respectfully request that this Honorable Court:

A. Grant the instant Motion;

B. Enter an Order modifying the respective deadlines in accordance with the dates proposed herein; and

C. Enter such other and further relief as this Court deems just and proper.

Date: July 14, 2024                              Respectfully Submitted,

*/s/ Rignal W. Baldwin V*                        ANTHONY G. BROWN
Rignal W. Baldwin V (AIS # 1212110046)           Attorney General of Maryland
rbaldwinv@baldwin-legal.com

                                                 */s/ Lillian L. Reynolds*
Baldwin Legal Group, LLC                         LILLIAN L. REYNOLDS (BAR NO. 30225)
111 South Calvert Street, Suite 1805             lreynolds@oag.state.md.us
Baltimore, Maryland 21202
T: (410) 385-5695                                ARIEL LICHTERMAN (BAR NO. 20850)
F: (443) 703-7772                                alichterman@oag.state.md.us

*Counsel for Plaintiffs, S.H., K.W., R.B.,*      Assistant Attorneys General
*M.W., A.F., and V.E.*                           Higher Education Division
                                                 200 St. Paul Place, 17th Floor
/s/ *Jeffrey P. Bowman*                          Baltimore, Maryland 21202-2021
Jeffrey P. Bowman (AIS # 0712110078)             Phone: (410) 576-6559
jbowman@BowmanJarashow.com                       Fax: (410) 576-6437

/s/ *Lucas Van Deusen*                           *Attorneys for Defendant, University of*
Lucas Van Deusen (AIS # 2112200002)              *Maryland, Baltimore County*
lvandeusen@BowmanJarashow.com

3

BOWMAN JARASHOW LAW LLC
162 West Street
Annapolis, Maryland 21401
P: (410) 267-9545
F: (443) 782-0241

*Counsel for Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on or about July 14, 2024, a copy of the foregoing was e-filed and served via e-filing, e-mail, and / or first-class mail, postage prepaid, to all counsel of record in the above-captioned matter.

/s/ *Lucas Van Deusen*
Lucas Van Deusen