IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)

| | |
|---|---|
| S.H., K.W., R.B., M.W., A.F., and V.E., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNIVERSITY OF MARYLAND BALTIMORE COUNTY, MARYLAND <br><br> *Defendant.* | * <br> * <br> * <br> * Case No.: 1:23-cv-01463-ELH <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION, of Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E., and Defendant, University of Maryland, Baltimore County's Joint Motion to Modify Scheduling Order, it is this ___15th___ day of ___July___, 2024, by the United States District Court for the District of Maryland, hereby:

ORDERED, that the Joint Motion to Modify Scheduling Order is GRANTED; and it is further

ORDERED, that the dates for scheduling order deadlines be and hereby are extended and modified as follows:

| Event: | Original Deadline: | Proposed Deadline: |
|---|---|---|
| Plaintiffs' Rule 26(a)(2) disclosures | 07/29/2024 | 08/31/2024 |
| Defendant's Rule 26(a)(2) disclosures | 8/26/2024 | 09/28/2024 |

| | | |
|---|---|---|
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | 09/09/2024 | 10/26/2024 |
| Rule 26(e)(2) supplementation of disclosures and responses | 09/15/2024 | 10/13/2024 |
| Discovery deadline; submission of status report | 09/22/2024 | 10/20/2024 |
| Deadline for responses to requests for admission | 10/04/2024 | 11/01/2024 |
| Dispositive pretrial motions deadline | 11/08/2024 | 12/15/2024 |

_7/15/24_
Date

_Ellen L. Hollander_
Judge Ellen Lipton Hollander
United States District Court for the District of Maryland

2