# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| S.H., ET AL., | * |
|     *Plaintiffs*, | * |
|     v. | *    No. 1:23-cv-01463-ELH |
| UNIVERSITY OF MARYLAND, BALTIMORE COUNTY, | * |
|     *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for Defendant University of Maryland, Baltimore County.

    I certify that I am admitted to practice in this Court.

    Respectfully submitted,

    /s/ Alyson Sandul
    _____
    ALYSON SANDUL
    Federal Bar No. 20827
    Assistant Attorney General
    Office of the Attorney General
    200 St. Paul Place
    17th floor
    Baltimore, Maryland  21202
    asandul@oag.state.md.us
    (410) 576-6412

July 17, 2024            Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that, on this 17th day of July, 2024, the foregoing was served by CM/ECF on all registered CMF users.

/s/ Alyson Sandul

_____

Alyson Sandul