**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern District)**

| | | |
|---|---|---|
| S.H., K.W., R.B., M.W., A.F., and V.E., | * | |
| | * | |
| *Plaintiffs,* | * | |
| *v.* | * | Case No.: 1:23-cv-01463-ELH |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, MARYLAND | * | |
| | * | |
| *Defendant.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION, of Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E., and

Defendant, University of Maryland, Baltimore County's Joint Motion to Modify Scheduling

Order, it is this _____17th_____ day of September, 2024, by the United States District Court for the

District of Maryland, hereby:

ORDERED, that the Joint Motion to Modify Scheduling Order is GRANTED; and it is

further

ORDERED, that the dates for scheduling order deadlines be and hereby are extended and

modified as follows:

| Event: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Defendant's Rule 26(a)(2) disclosures | 09/28/2024 | 10/28/2024 |
| Plaintiffs' rebuttal Rule 26(a)(2) disclosures | 10/26/2024 | 11/25/2024 |

| | | |
|---|---|---|
| Rule 26(e)(2) supplementation of disclosures and responses | 10/13/2024 | 11/12/2024 |
| Expert Discovery Deadline | 10/20/2024 | 12/01/2024 |

9/17/24

Date

_____

Judge Ellen Lipton Hollander
United States District Court for the District of Maryland