IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| S.H., *et al.*, | * |
| Plaintiffs, | * |
| v. | * |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, | * Case No.: 1:23-cv-01463-ELH |
| | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**JOINT STATUS REPORT**

Plaintiffs S.H., R.B., K.W., V.E., A.F., and M.W., by their undersigned counsel, and Defendant University of Maryland Baltimore County, by its undersigned counsel, hereby submit this Joint Status Report, as required by the Court in its Scheduling Order, dated October 16, 2024, and state as follows:

a. As of today, December 20, 2024, the parties have completed fact discovery. The parties are continuing to engage in expert discovery in accordance with the February 1, 2025, deadline.

b. No motions are currently pending.

c. Defendant intends to file a dispositive pretrial motion.

d. A jury trial has been requested by plaintiffs. The parties anticipate that a trial will last 14 days.

e. The parties certify that they attended an in-person mediation with Judge Coulson on May 15, 2024, to discuss settling this case as well as the related case currently pending in the Circuit Court for Baltimore County, Maryland, Case No. C-03-cv-23-03052.

Counsel for the parties also attended an in-person settlement conference with a settlement judge at the Circuit Court for Baltimore County on November 7, 2024.

f.  Plaintiffs believe that mediation or ADR would be beneficial at this time or at some point prior to trial. Defendant does not believe that further mediation or ADR would be beneficial at this time, given that the two previous attempts at resolving the case were unsuccessful. However, Defendant is open to exploring mediation following the Court's decision on Defendant's dispositive motion.

g.  The parties do not consent to the referral of this case to a U.S. Magistrate Judge for further proceedings.

Respectfully submitted,

*/s/ Rignal W. Baldwin V*
Rignal W. Baldwin V (Bar No. 30136)
rbaldwinv@baldwin-legal.com

Baldwin Legal Group, LLC
111 South Calvert Street, Suite 1805
Baltimore, Maryland 21202
T: (410) 385-5695
F: (443) 703-7772

*Counsel for Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E.*

*/s/ Jeffrey P. Bowman*
Jeffrey P. Bowman (Bar No. 28940)
jbowman@BowmanJarashow.com

 */s/ Lucas Van Deusen*
Lucas Van Deusen (Bar No. 30274)
lvandeusen@BowmanJarashow.com

BOWMAN JARASHOW LAW LLC
162 West Street
Annapolis, Maryland 21401
P: (410) 267-9545
F: (443) 782-0241

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Ariel Lichterman*
ARIEL LICHTERMAN (BAR NO. 20850)
alichterman@oag.state.md.us
Assistant Attorney General
Higher Education Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Phone: (410) 576-6559
Fax: (410) 576-6437

*Attorneys for Defendant, University of Maryland, Baltimore County*

2

*Counsel for Plaintiffs, S.H., K.W., R.B., M.W.,
A.F., and V.E.*