IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

S.H., *et al.*,                             *

    Plaintiffs,                    *

v.                                          *

UNIVERSITY OF MARYLAND                      *   Case No.: 1:23-cv-01463-ELH
BALTIMORE COUNTY,
                                        *
    Defendant.
                                        *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of Defendant's Motion to Withdraw Appearance, and good cause appearing therefor, it is hereby, this 3rd day of January, 2025, **ORDERED**:

That Defendant's Motion to Withdraw Appearance is hereby GRANTED; and

The appearance of Lillian L. Reynolds as counsel of record for Defendant is withdrawn.

                                      */s/ Adam B. Abelson*
                   The Honorable ~~Ellen L. Hollander~~ Adam B. Abelson
                   United States District Judge