IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| S.H., *et al.*, | * |
| *Plaintiffs,* | * |
| v. | * |
| UNIVERSITY OF MARYLAND BALTIMORE COUNTY, | * Case No.: 1:23-cv-01463-ELH |
| *Defendant.* | * |

*Approved*
*ELH*
*USDJ*
*2/18/25*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION OF DISMISSAL

Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E. ("Plaintiffs"), and Defendant, University of Maryland, Baltimore Couty ("Defendant"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby file this stipulation of dismissal WITH PREJUDICE of any and all claims in the above-captioned matter. The stipulated terms of this dismissal have been reduced to writing in a settlement agreement and are incorporated herein by reference.

Date: December 12, 2024

/s/ *Jeffrey P. Bowman*
Jeffrey P. Bowman (AIS # 0712110078)
jbowman@BowmanJarashow.com

/s/ *Lucas Van Deusen*
Lucas Van Deusen (AIS # 2112200002)
lvandeusen@BowmanJarashow.com

BOWMAN JARASHOW LAW LLC
162 West Street
Annapolis, Maryland 21401
P: (410) 267-9545
F: (443) 782-0241

*Counsel for Plaintiffs, S.H., K.W., R.B., M.W., A.F., and V.E.*

Respectfully Submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ *Ariel Lichterman*
ARIEL LICHTERMAN (AIS # 1801110004)
alichterman@oag.state.md.us

Assistant Attorneys General
Higher Education Division
200 St. Paul Place, 17th Floor
Baltimore, Maryland 21202-2021
Phone: (410) 576-6559
Fax: (410) 576-6437

*Attorneys for Defendant, University of Maryland, Baltimore County*

Case 1:23-cv-01463-ELH    Document 42    Filed 02/18/25    Page 2 of 2

*/s/ Rignal W. Baldwin V*
Rignal W. Baldwin V (AIS # 1212110046)
rbaldwinv@baldwin-legal.com

Baldwin Legal Group, LLC
111 South Calvert Street, Suite 1805
Baltimore, Maryland 21202
T: (410) 385-5695
F: (443) 703-7772

*Counsel for Plaintiffs, S.H., K.W., R.B.,
M.W., A.F., and V.E.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on or about February 18, 2025, a copy of the foregoing was e-filed and served via e-filing, e-mail, and / or first-class mail, postage prepaid, to all counsel of record in the above-captioned matter.

*/s/ Lucas Van Deusen*
Lucas Van Deusen